**Catherine A. KRUGER, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 04–3231.

United States Court of Appeals, Federal Circuit.

Nov. 14, 2005.

Before LOURIE, CLEVENGER, and LINN, Circuit Judges.

### *JUDGMENT*

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.